UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1668 (MJD/JGL)

JAVIER MENDOZA,

Plaintiff,

v.

**PRETRIAL ORDER**

SHAWN CAMPBELL, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to April 1, 2001;

3. Plaintiff shall disclose all expert witnesses by October 1, 2001, and reports by November 1, 2001; Defendants shall disclose all expert witnesses by November 1, 2001, and reports by December 1, 2001;

4. The period during which the parties may seek discovery shall be completed by December 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to February 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to May 1, 2002; and

7. This case will be considered "ready for trial" as of May 1, 2002.

DATED: December 21, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED DEC 21 2000