UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Javier Mendoza

Plaintiff,

vs.

Officer Shawn Campbell and
the City of St. Paul,

Defendants.

---

Case No. 00-16668(MJD/JGL)

**STIPULATION AND ORDER FOR PARTIAL DISMISSAL**

It is hereby stipulated by and between the parties through their respective attorneys, that Plaintiff's claims as alleged against the City of St. Paul in Count Two of the Complaint may be dismissed with prejudice and without further costs to either party.

Dated: 4-8-02

ERIC HAGEMAN
Flynn, Gaskins, & Bennett, L.L.B.
Attorneys for the Plaintiff
333 South Seventh Street
Suite 2900
Minneapolis, MN 55402
(612) 333-9500

Dated: 4-3-02

GAIL L. LANGFIELD
Assistant St. Paul City Attorney
Attorney for the Defendants
15 W. Kellogg Blvd.
Suite 550
St. Paul, MN 55102
(651) 266-8770

FILED APR 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Upon thc stipulation of the parties, Count Two of the Complaint is dismissed with prejudice and without further costs to either party.

Dated: April 11, 2002

Michael J. Davis
Judge of United States District Court