UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Javier Mendoza

Plaintiff,

vs.

Officer Shawn Campbell and
the City of St. Paul,

Defendants.

Case No. 00-16668(MJD/JGL)

**STIPULATION AND ORDER FOR DISMISSAL**

It is hereby stipulated by and between the parties, through their respective, undersigned attorneys, that this matter shall be dismissed with prejudice and on the merits and without costs or disbursements to either party.

Dated: 7-19-02

Eric Hageman (#258180)
Flynn, Gaskins & Bennett
Attorneys for Plaintiff, Javier Mendoza
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9500

Dated: 8-1-02

GAIL L. LANGFIELD
Attorney for the Defendants
550 City Hall and Court House
15 West Kellogg Boulevard
Saint Paul, Minnesota 55102
(651) 266-8770

FILED 8-12-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

**ORDER FOR DISMISSAL**

Pursuant to the above reference Stipulation for Dismissal with Prejudice it is hereby ordered that the above captioned lawsuit is dismissed with prejudice on the merits and in its entirety, but without costs or disbursements to either party.

Dated: 8-12-02

Honorable Michael J. Davis
Judge of United States District Court